UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Diego Vanghog Bugarin,<br><br>    Defendant. | Case No. 25-cr-3127-H<br><br>**Judgment and Order Granting United States' Motion to Dismiss Indictment Without Prejudice**<br><br>The Hon. Marilyn L. Huff |

Upon the motion of the United States, and good cause having been shown,

IT IS ORDERED that the charges against Defendant in this case are dismissed without prejudice.

SO ORDERED.


Dated: April 22, 2026


_____
The Hon. Marilyn L. Huff
United States District Judge